# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:17-cr-68 |
| v. | ) |
| | ) Judge Mattice/Steger |
| TRACY LYNN NORWOOD | ) |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 18] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Counts One, Two, and Three of the three count Indictment; (2) accept Defendant's guilty plea as to Counts One, Two, and Three of the three count Indictment; (3) adjudicate Defendant guilty of possessing a firearm after having been convicted of a felony offense, in violation of 18 U.S.C. § 922(g)(1); possessing an unregistered firearm, in violation of 26 U.S.C. §§ 5841, 5861(d) and 5871; and possessing a machine gun, in violation of 18 U.S.C. § 922(o); and (4) order that Defendant remain in custody until sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 18] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Counts One, Two, and Three of the three count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One, Two, and Three of the three count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possessing a firearm after having been convicted of a felony offense, in violation of 18 U.S.C. § 922(g)(1); possessing an unregistered firearm, in violation of 26 U.S.C. §§ 5841, 5861(d) and 5871; and possessing a machine gun, in violation of 18 U.S.C. § 922(o); and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on November 13, 2017 at 9:00 a.m. before the undersigned.

**SO ORDERED.**

                                                    */s/ Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE